IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Allen J. Huguely, | Case No. 3:18 CV 2850 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| General Motors, LLC, | |
| Defendant. | |

A Conference held on May 24, 2021 resulted in a settlement approved on the record (under seal). Counsel and parties present: Lynn Shecter and Michelle Vocht, attorneys for Plaintiff; Plaintiff Allen Huguely and his wife Melody Hueuely; Michael Burkhardt, Patrick Duffey, and Kimberly Youchock, attorneys for Defendant. Court Reporter: Stacey Kiprotich.

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within forty (40) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                                                                 s/ *Jack Zouhary*
                                                                                                  JACK ZOUHARY
                                                                                                  U. S. DISTRICT JUDGE

May 25, 2021